DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR ANTHONY PEEL, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2957

[August 6, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432017CF000337A.

Valarie Linnen, Jacksonville, for appellant.

Victor Anthony Peel, Jr., Madison, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***